458 A.2d 286

Hutchison et ux., Appellants v. Valley Buick Inc.

Argued June 17, 1982. Mark Daniel Speaker, for appellants; John R. Luke, for appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The judgment is affirmed.